UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JEFFREY HENRY,

                              Plaintiff,      **NOTICE OF APPEARANCE**

     -against-

CITY OF NEW YORK, SEAN MCCARTHY, JOSE           07 CV 11117 (LBS)
ARENAS, BRIAN TAYLOR, JASON RUBENSTEIN,
DONNA GAUDINO, and JOHN and JANE DOE 1
through 10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names and presently unknown,

                             Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
       January 17, 2008

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel
                                             of the City of New York
                                             Attorney for Defendant City of New York
                                             100 Church Street, Rm. 3-311
                                             New York, New York 10007
                                             (212) 788-0899

                                        By: _____
                                             Stuart Jacobs (SJ 8379)
                                             Assistant Corporation Counsel
                                             Special Federal Litigation Division

To:    <u>BY ECF</u>
        Brett Klein, Esq.