AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Jeffrey Henry

V.

City of New York, Sean McCarthy, Jose Arenas, Brian Taylor, Jason Rubenstein, Donna Gaudino

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11117**

**JUDGE SAND**

TO: (Name and address of Defendant)

Police Officer Jose Arenas
c/o NYPD
17 Precinct
167 East 51st Street
New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                             DEC 0 7 2007

CLERK                                                          DATE

*Marcos Quintero* (signature)

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/27/07 |
| NAME OF SERVER *(PRINT)* <br> Byron E. McElderry | TITLE <br> Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with a co-worker, Lt. Napoli, c/o the 17th Precinct. (M, W, Br, 47, 5'7, 150)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/02/08
                Date

Signature of Server   Byron E. McElderry, Lic. # 869802

Address of Server   165 E. 197 St, #2G, Bronx, NY 10463

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.