AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　Southern　　　　District of　　　　New York

Jeffrey Henry

V.

City of New York, Sean McCarthy, Jose Arenas, Brian Taylor, Jason Rubenstein, Donna Gaudino

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 11117

TO: (Name and address of Defendant)

　　Police Officer Donna Gaudino
　　c/o NYPD
　　17 Precinct
　　167 East 51st Street
　　New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

　　Leventhal & Klein, LLP
　　45 Main Street, Suite 230
　　Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON　　　　　　　　　　　　DEC 0 7 2007

CLERK　　　　　　　　　　　　　　　　　　　　DATE

_/s/ Marcos Quintero_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/27/07 |
| NAME OF SERVER (PRINT) Byren E. McElderry | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with a co-worker, Lt. Napoli, c/o the 17th Precinct. (M, W, Br, 47, 5'7, 150)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/02/08
            Date

Signature of Server  Byren E. McElderry, Lic. # 869802

165 E. 197 St. #2B, Bronx, NY 10463
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.