AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Jeffrey Henry

V.

City of New York, Sean McCarthy, Jose Arenas, Brian Taylor, Jason Rubenstein, Donna Gaudino

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CV 11117**

TO: (Name and address of Defendant)

Police Officer Jason Rubenstein
c/o NYPD 17th Precinct
167 East 51st Street
New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           DEC 0 7 2007
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE April 1, 2008 at 8:55 pm |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Byran E. McElderry | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Manhattan South Anti Crime 524 West 42nd Street New York, NY 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon "John Smith", co-worker of the defendant. M, W, Br, 39, 6'0, 180

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 2, 2008
Date

Signature of Server: Byran E. McElderry - 869802

165 East 197th St. Bronx, NY 10463
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.