

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church St.
New York, NY 10007

STUART E. JACOBS
*Assistant Corporation Counsel*
Tel: (212) 788-0899
Fax: (212) 788-9776

April 16, 2008

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

    Re: <u>Henry v. City of New York</u>, 07 CV 11117 (LBS)

Dear District Judge Sand:

    I am the Assistant Corporation Counsel assigned to handle the defense of the above-referenced case. The City of New York filed its answer to the Complaint today, April 16, 2008. I write to respectfully request that the individual defendant Officers' time to respond to the complaint be briefly extended from the current due date of April 16, 2008 to May 16, 2008. This is defendants' third request for an extension of time to respond to the complaint. Your Honor granted defendants' first application for an extension of time on January 22, 2008. Your Honor granted defendants' second application for an extension of time on March 18, 2008.[1] Plaintiff's attorney, Mr. Brett Klein, Esq., consents to this request for an enlargement of time.

    The reason for this request is that the Office of the Corporation Counsel is continuing to resolve representational issues with regards to the individually named police officers in this case. The enlargement of time is necessary to access whether or not this Office will represent the named individual Officers. Therefore, this Office respectfully requests that that individually named defendants' time to respond to the complaint be briefly extended from the current due date of April 16, 2008 to May 16, 2008.

    Thank you in advance for your consideration herein.

---

[1] Defendants made the application for the second enlargement of time because they had received the 160.50 shortly before the March 18, 2006 deadline to answer the complaint.



Respectfully submitted,

*[signature]*

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY FAX (718) 448-8685
      Brett Klein, Esq.
      Leventhal & Klein, LLP
      Attorneys for Plaintiff
      45 Main Street, Suite 230
      Brooklyn, NY 11201

*Extension granted on consent.*

*So ordered.*

*[signature]*
*USDJ*
*4/17/08*

**MEMO ENDORSED**